VACA DAFFAN LLP
MONICA VACA (*pro hac vice* forthcoming)
KATI DAFFAN (*pro hac vice* forthcoming)
1717 Pennsylvania Ave. NW, Suite 1025
Washington, DC 20006
Telephone: (202) 240-7021
monica@vacadaffanlaw.com
kati@vacadaffanlaw.com

CONN LAW, PC
ELLIOT CONN, Cal. Bar No. 279920
COLIN HECTOR, Cal. Bar No. 281795
KIRA PATTERSON, Cal. Bar No. 354953
100 Bush Street, Suite 1580
San Francisco, CA 94104
Telephone: (415) 417-2780
Facsimile: (415) 358-4941
elliot@connlawpc.com
colin@connlawpc.com
kira@connlawpc.com
eservice@connlawpc.com

*Attorneys for Plaintiff Karl Kahn and
the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL KAHN, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>                Plaintiff,<br><br>   v.<br><br>ANTHROPIC PBC dba ANTHROPIC, INC.,<br><br>                Defendant. | Case No.: 3:26-cv-5763<br><br>CLASS ACTION<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Plaintiff Karl Kahn certifies that as of this date, other than the named party, Plaintiff Karl Kahn, who is a citizen of Washington, District of Columbia, there is no such conflict or interest to report.

Dated:  June 14, 2026                    CONN LAW, PC


                                   By:    /s/ *Elliot Conn*
                                          ELLIOT CONN
                                          Attorneys for Plaintiff Karl Kahn and the Proposed
                                          Class