DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
MORGAN D. MACBRIDE (Bar No. 301248)
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendant ANTHROPIC, PBC*
*dba ANTHROPIC, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL KAHN, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>　　　Plaintiff,<br>v.<br><br>ANTHROPIC, PBC dba ANTHROPIC, INC.,<br><br>　　　Defendant. | Case No. 3:26-cv-05763-AGT<br><br>**ORDER FOR EXTENSION OF TIME FOR DEFENDANT ANTHROPIC, PBC TO RESPOND TO COMPLAINT AND TO SET BRIEFING SCHEDULE PURSUANT TO CIV. L.R. 6-2**<br><br>Dept.: Courtroom A – 15th Floor<br>Judge: Honorable Alex G. Tse |

ORDER FOR EXTENSION OF TIME FOR                                    CASE NO. 3:26-cv-05763-AGT
ANTHROPIC TO RESPOND TO COMPLAINT

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1.    The time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint shall be held in abeyance until Plaintiff files the Amended Complaint;

2.    The time for Defendant to answer, move, or otherwise respond to Plaintiff's Amended Complaint shall be thirty (30) days after the Amended Complaint is filed;

3.    The time for Plaintiff to oppose any such motion or response by Defendant shall be thirty (30) days after any such motion or response to the Amended Complaint is filed; and

4.    The time for Defendant to file a reply in further support of any motion or response by Defendant shall be twenty-one (21) days after any such opposition is filed.

5.    This stipulation does not waive any rights or defenses.

Dated: July 7, 2026

_____
Honorable Alex G. Tse
UNITED STATES MAGISTRATE JUDGE

ORDER FOR EXTENSION OF TIME FOR                              CASE NO. 3:26-CV-05763-AGT
ANTHROPIC TO RESPOND TO COMPLAINT