DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
MORGAN D. MACBRIDE (Bar No. 301248)
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendant ANTHROPIC PBC*
*dba ANTHROPIC, INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL KAHN, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>ANTHROPIC, PBC dba ANTHROPIC, INC.,<br><br>Defendant. | Case No. 3:26-cv-05763-AGT<br><br>**[PROPOSED] ORDER FOR DEFENDANT ANTHROPIC PBC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIV. L.R. 3-12**<br><br>Dept: Courtroom A – 15th Floor<br>Judge: Honorable Alex G. Tse |
| SOLOMON SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANTHROPIC, PBC,<br><br>Defendant. | **Case No. 4:26-cv-07789-KAW**<br><br>Judge: Honorable Kandis A. Westmore |

ADMINISTRATIVE MOTION TO RELATE                          CASE NO. 3:26-CV-05763-AGT

**[PROPOSED] ORDER GRANTING**
**DEFENDANT ANTHROPIC PBC'S ADMINISTRATIVE MOTION TO CONSIDER**
**WHETHER CASES SHOULD BE RELATED**

Before the Court is Defendant Anthropic PBC's Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12. Having considered the motion, and good cause appearing, the Court finds that the later-filed action, *Smith v. Anthropic, PBC*, No. 4:26-cv-07789-KAW (Westmore, Mag. J.) (the "Later-Filed Action"), is related to the earliest-filed action, *Kahn v. Anthropic, PBC*, No. 3:26-cv-05763-AGT (Tse, Mag. J.) (the "*Kahn* Action"), within the meaning of Civil Local Rule 3-12(a).

Accordingly, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Later-Filed Action is deemed related to the *Kahn* Action pursuant to Civil Local Rule 3-12 and is reassigned to Magistrate Judge Alex G. Tse.  All future filings in the Later-Filed Action shall bear the case number of the earliest-filed case, No. 3:26-cv-05763-AGT, followed by the case number of the reassigned action.

IT IS **ALSO ORDERED** that the parties in the reassigned cases shall adjust the dates for the conference, disclosures, and report required by Federal Rules of Civil Procedure 16 and 26 accordingly.  Unless otherwise ordered, it is **FURTHER ORDERED** that any upcoming case management conference in the reassigned cases will be rescheduled by this Court, that all hearing dates for noticed motions in the reassigned cases are vacated and shall be re-noticed before the undersigned Magistrate Judge, and that all deadlines set by the ADR Local Rules remain in effect.

**IT IS SO ORDERED.**

Dated:   August 7, 2026

The Honorable Alex G. Tse
United States Magistrate Judge

Proposed Order                                          CASE NO. 3:26-CV-05763-AGT