**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related has been filed. Dkt. 24. As the judge assigned to case

26-cv-05763-AGT

*Kahn v. Anthropic PBC*

I find that the more recently filed cases that I have initialed below are not related to the case assigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 26-cv-07699-KAW | *Pascual v. Anthropic, PBC* | | X |
| 26-cv-07837-AGT | *Patel v. Anthropic, PBC* | | X |

**ORDER**

Dated: August 12, 2026

Alex G. Tse

United States Magistrate Judge