DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
MORGAN D. MACBRIDE (Bar No. 301248)
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendant ANTHROPIC PBC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KARL KAHN, individually, on behalf of all others similarly situated, and on behalf of the general public,

Plaintiff,

v.

ANTHROPIC, PBC dba ANTHROPIC, INC.,

Defendant.

Case No. 3:26-cv-05763-AGT

**[PROPOSED] ORDER GRANTING ANTHROPIC PBC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Date: November 6, 2025
Time: 10:00 AM
Judge: Honorable Alex G. Tse

**[PROPOSED] ORDER**

Upon consideration of Defendant Anthropic PBC's Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Rules 12(b)(1), 12(b)(6), and 9(b) of the Federal Rules of Civil Procedure, all other papers filed in support of and in opposition to this Motion to Dismiss, arguments of counsel, and all other pleadings filed herein, and good cause appearing, the Court hereby **GRANTS** Anthropic's Motion to Dismiss and **DISMISSES** Plaintiff's First Amended Complaint **WITH PREJUDICE** and **WITHOUT LEAVE TO AMEND**.

**IT IS SO ORDERED**.

Dated: ________________, 2026

______________________________

Hon. Alex G. Tse
UNITED STATES MAGISTRATE JUDGE