VACA DAFFAN LLP
MONICA VACA (admitted *pro hac vice*)
KATI DAFFAN (admitted *pro hac vice*)
1717 Pennsylvania Ave. NW, Suite 1025
Washington, DC 20006
Telephone: (202) 240-7021
monica@vacadaffanlaw.com
kati@vacadaffanlaw.com

*[Additional counsel on signature pages]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KARL KAHN, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>ANTHROPIC PBC dba ANTHROPIC, INC.<br><br>Defendant. | Case No. 3:26-cv-05763-AGT<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING CONSOLIDATION OF ACTIONS AND BRIEFING SCHEDULE**<br><br>Dept: Courtroom A – 15th Floor<br>Judge: Honorable Alex G. Tse |
| SOLOMON SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANTHROPIC, PBC,<br><br>Defendant. | Case No. 3:26-cv-07789-AGT<br><br>Judge: Honorable Alex G. Tse |

Plaintiffs Karl Kahn and Solomon Smith (collectively "Plaintiffs"), along with Defendant Anthropic, PBC ("Defendant") (collectively the "Parties"), by and through their attorneys, hereby jointly stipulate as follows:

WHEREAS, on June 14, 2026, Plaintiff Kahn filed his action in this district, titled *Kahn v. Anthropic, PBC*, Case No. 3:26-cv-05763-AGT (the "*Kahn* action");

WHEREAS, on July 27, 2026, Plaintiff Smith filed his action in this district, titled *Smith v. Anthropic, PBC*, Case No. 3:26-cv-07789-AGT (the "*Smith* action");

WHEREAS, on August 6, 2026, Defendant filed its administrative motion to relate the instant cases pursuant to Civil Local Rule 3-12 (ECF No. 22);

WHEREAS, on August 7, 2026, the Court issued an Order relating the actions and reassigning them to the Honorable Alex G. Tse (ECF No. 23);

WHEREAS, Federal Rule of Civil Procedure 42(a) provides that "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). A district court has "broad discretion . . . to consolidate cases pending in the same district." *Invs. Rsch. Co. v. U.S. Dist. Ct. for C.D. Cal.*, 877 F.2d 777 (9th Cir. 1989). Consolidation pursuant to Rule 42(a) is proper when actions involve common questions of law and fact. *See* Manual for Complex Litigation, Fourth, § 11.631 (2004). "In determining whether to consolidate, a court 'weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause.'" *Loftus v. Primero Mining Corp.*, No. CV 16-01034-BRO, 2016 U.S. Dist. LEXIS 204773, at *5-6 (C.D. Cal. May 12, 2016) (quoting *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984)).

WHEREAS, the Parties respectfully request that the Court consolidate the *Kahn* and *Smith* actions pursuant to Rule 42(a), because both cases involve substantially similar allegations and claims, involve the same Defendant, have similar questions of fact and law, and are otherwise related actions. In addition, consolidation will be more efficient than individual proceedings and will save time and resources for the Parties as well as the Court;

WHEREAS, the Parties propose, subject to Court approval, that this action proceed on the following schedule:

i. Plaintiffs will file a consolidated complaint, that is substantially the same as the operative *Kahn* and *Smith* complaints and does not add any new named plaintiffs or counts other than those in the current *Kahn* and *Smith* complaints, under Rule 42(a) no later than 2 days following the Court's entry of an order on the instant stipulation;

ii. Defendant will answer, move, or otherwise respond to the consolidated complaint within 14 days of the filing of the consolidated complaint;

iii. Plaintiffs will oppose Defendant's motion or response within 14 days after any such motion or response to the consolidated complaint is filed; and

iv. Defendant will file a reply in further support of any motion or response within 14 days after any such motion or response to the consolidated complaint is filed; and

WHEREAS, the Parties jointly propose, subject to Court approval and the Court's continued availability, that the November 6, 2026 argument remain on the Court's calendar.

NOW THEREFORE, Plaintiffs and Defendant, through their respective counsel and subject to the Court's approval, STIPULATE and AGREE that:

1. The following actions pending in this District should be consolidated for all proceedings and purposes, pursuant to Federal Rule of Civil Procedure 42(a) (hereafter the "Consolidated Action"):
   - *Kahn v. Anthropic, PBC*, Case No. 3:26-cv-05763-AGT
   - *Smith v. Anthropic, PBC*, Case No. 3:26-cv-07789-AGT
2. All papers filed in the Consolidated Action must be filed under Case No. 3:26-cv-05763-AGT, the number assigned to the first-filed case;
3. The case file for the Consolidated Action will be maintained under the Master File Case No. 3:26-cv-05763-AGT;
4. The clerk is directed to administratively close the following related case: *Smith v.*

*Anthropic, PBC*, Case No. 3:26-cv-07789-AGT;

5. Any subsequently filed, removed, or transferred action that alleges the same or substantially similar claims as those in the Consolidated Action shall be consolidated for all proceedings and purposes. Any party objecting to such consolidation must file a motion requesting relief from this order within 14 calendar days after the action is consolidated;
6. Whenever a related case that should be consolidated into this action is filed in, or transferred to, this District, the Parties will notify the Court as soon as practicable pursuant to Civil Local Rule 3-12;
7. The pending deadlines for briefing motions to dismiss in *Kahn v. Anthropic* and *Smith v. Anthropic* are vacated;
8. Plaintiffs will file a consolidated complaint that is substantially the same as the *Kahn* and *Smith* complaints—with no new named plaintiffs or counts—under Rule 42(a) no later than 2 days following the Court's entry of an order on the instant joint stipulation;
9. Defendant will answer, move, or otherwise respond to the consolidated complaint within 14 days of the filing of the consolidated complaint;
10. Plaintiffs will oppose Defendant's motion or response within 14 days after any such motion or response to the consolidated complaint is filed;
11. Defendant will file a reply in further support of any motion or response within 14 days after any such motion or response to the consolidated complaint is filed; and
12. Subject to Court approval and the Court's continued availability, the November 6, 2026 argument will remain on the Court's calendar as scheduled.

IT IS SO STIPULATED.

Dated: September 4, 2026

Respectfully submitted,

s/ *Monica Vaca*
Monica Vaca, IL Bar #6244040
(admitted *pro hac vice*)
Kati Daffan, DC Bar #991729
(admitted *pro hac vice*)
VACA DAFFAN LLP
1717 Pennsylvania Ave. NW, Suite 1025
Washington, DC 20006
Telephone: (202) 240-7021
monica@vacadaffanlaw.com
kati@vacadaffanlaw.com

Elliot Conn, Cal. Bar No. 279920
Colin Hector, Cal. Bar No. 281795
Kira Patterson, Cal. Bar No. 354953
CONN LAW, PC
100 Bush Street, Suite 1580
San Francisco, CA 94104
Telephone: (415) 417-2780
Facsimile: (415) 358-4941
elliot@connlawpc.com
colin@connlawpc.com
kira@connlawpc.com
eservice@connlawpc.com

*Attorneys for Plaintiff Karl Kahn*

s/ *Glenn Danas*
Glenn A. Danas (SBN 270317)
Zarrina Ozari (SBN 334443)
Michael A. Boelter (SBN 353539)
CLARKSON LAW FIRM
22525 Pacific Coast Highway
Malibu, CA 90265
Telephone: (213) 788-4050
gdanas@clarksonlawfirm.com
zozari@clarksonlawfirm.com
mboelter@clarksonlawfirm.com

*Attorneys for Plaintiff Solomon Smith*

*s/ David Singh*___________
David R. Singh (Bar No. 300840)
david.singh@weil.com
Morgan D. MacBride (Bar No. 301248)
morgan.macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 4th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendant Anthropic PBC dba Anthropic Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Monica Vaca, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories have concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: September 4, 2026 By: *_/s/ Monica Vaca_*

## ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. The following actions pending in this District shall be consolidated for all proceedings and purposes, pursuant to Federal Rule of Civil Procedure 42(a) (hereafter the "Consolidated Action"):
   - *Kahn v. Anthropic, PBC*, Case No. 3:26-cv-05763-AGT
   - *Smith v. Anthropic, PBC*, Case No. 3:26-cv-07789-AGT
2. All papers filed in the Consolidated Action must be filed under Case No. 3:26-cv-05763-AGT, the number assigned to the first-filed case;
3. The case file for the Consolidated Action will be maintained under the Master File Case No. 3:26-cv-05763-AGT;
4. The clerk is directed to administratively close the following related case: *Smith v. Anthropic, PBC*, Case No. 3:26-cv-07789-AGT;
5. Any subsequently filed, removed, or transferred action that alleges the same or substantially similar claims as those in the Consolidated Action shall be consolidated for all proceedings and purposes. Any party objecting to such consolidation must file a motion requesting relief from this order within 14 calendar days after the action is consolidated;
6. Whenever a related case that should be consolidated into this action is filed in, or transferred to, this District, the Parties will notify the Court as soon as practicable pursuant to Civil Local Rule 3-12;
7. The deadlines for briefing motions to dismiss in *Kahn v. Anthropic* and *Smith v. Anthropic* are vacated;
8. Plaintiffs will file a consolidated complaint, that is substantially the same as the current *Kahn* and *Smith* complaints and does not add any new counts other than those in the current

*Kahn* and *Smith* complaints, under Rule 42(a) no later than 2 days following the Court's entry of an order on the instant joint stipulation;

9. Defendant will answer, move, or otherwise respond to the consolidated complaint within 14 days of the filing of the consolidated complaint;
10. Plaintiffs will oppose Defendant's motion or response within 14 days after any such motion or response to the consolidated complaint is filed;
11. Defendant will file a reply in further support of any motion or response within 14 days after any such motion or response to the consolidated complaint is filed; and
12. Subject to Court approval and the Court's continued availability, the November 6, 2026 argument will remain on the Court's calendar as scheduled.

Dated: September 4, 2026

Honorable Alex G. Tse
UNITED STATES MAGISTRATE JUDGE